IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TREMILE SAINT THOMPSON,

       Plaintiff,

  v.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION,
SGT. WRIGHT,

       Defendants.
                                   /

No. CV-10-0413 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** the complaint is hereby DISMISSED with prejudice and without leave to amend.

Dated: April 26, 2010

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk